# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

__________ Division

Joshua Lamont Sutton
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

1. Travis Eugene Keesee
2. Troy Nolan Miller and
3. Dustin Newton
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:23cv038
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Joshua Lamont Sutton
Address: 9601 Links Way
Glen Allen (City) Va (State) 23059 (Zip Code)
County: Henico County
Telephone Number: 804-623-0917
E-Mail Address: joshualamontsutton@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: 1. Travis Eugena Keesee ("Keesee")
Job or Title *(if known)*: Pittsburg County Sheriff Office's Informant
Address: 4236 State Highway 113
McAlester (City) OK (State) 74501 (Zip Code)
County: Pittsburg County
Telephone Number: Unknown
E-Mail Address *(if known)*: travkeesee@gmail.com

☒ Individual capacity ☐ Official capacity

Defendant No. 2

Name: 2. Troy Nolan Miller ("Miller")
Job or Title *(if known)*: Pittsburg County Sheriff's Deputy
Address: 1210 North West Street
McAlester (City) OK (State) 74501 (Zip Code)
County: Pittsburg County
Telephone Number: 918-548-3332
E-Mail Address *(if known)*: cmorris@pittsburgsheriff.com

☒ Individual capacity ☐ Official capacity

Defendant No. 3

Name: 3. Dustin Newton ("Newton")

Job or Title *(if known)*: Pittsburg County Sheriff's Deputy

Address: 1210 North West Street

McAlester | OK | 74501

*City* | *State* | *Zip Code*

County: Pittsburg County

Telephone Number: 918-548-3332

E-Mail Address *(if known)*: emorris@pittsburgsheriff.com

☒ Individual capacity ☐ Official capacity

Defendant No. 4

Name: n/A

Job or Title *(if known)*:

Address: n/A

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*: n/A

☐ Individual capacity n/A ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. Constitution Art. V,

Fourth Amendment against unreasonable search and seizure

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

n/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All were Sheriff's employees when they unreasonably searched and seized me.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

At 4236 State Highway 113 and 2701 Bristow Point Rd., both in McAlester OK 74501

B. What date and approximate time did the events giving rise to your claim(s) occur?

On May 10th, August 12th, and September 7th, 2022, at appro. 1, 3, and 5pm.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Supporting facts: On 5/10 Keesee falsely informed Miller and Newton he had NOT written his wife Myraflor when she wis 14 and sister in law Jessel when she was 12 from Federal prison where he was being held for possession of gun by career criminal, and falsely informed Miller his sister in law had NOT hit me (All of which he did to prevent Miller from arresting his sister in law as I had requested), Keesee falsely informed Miller and Newton later on 8/12 that I had intentionally hit his wife and sister in law, and then put his head through a window, then Miller falsely reported that he had seen glass on the floor (all of which was done to get me falsely arrested even though Keesee's wife and sister in law had NOT informed of anything similar), and thus on 9/7 Miller and Newton falsely arrested me, did NOT charge me and released me (Miller has sense been fired twice).

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The Injuries related to the above events are that: 1) On 8/12 at appro. 3pm, I passed out at the of my truck while driving totally wrecking my truck, and was in a coma for about a month with a broken neck and a lifelong traumatic brain injury that included cognitive deficits, 2) I lost my business, my home, and other vehicles, and 3) I have had to receive months of rehabibilation treatment in Oklahoma and now Virginia, I have permanent facial scars, and will likely never be able to drive or own a business again due to the above injuries.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I AM SEEKING punitive damages in the amount of $300,000 from each person, compensatory damages in the amount of $200,000 from each person and/or nominal damages for medical bills in the amount of $150,000 from each person which are/were needed to pay the minimun of the above injuries and future losses.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 06th 2023

Signature of Plaintiff: Joshua Lamont Sutton

Printed Name of Plaintiff: Joshua Lamont Sutton

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City* *State* *Zip Code*

Telephone Number

E-mail Address